UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

JUDGE GOTTSCHALL

)
Joan E. Nebel )
)
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
The City of Burbank )
The Burbank Police Department )
Major Klein, Chief Kwawa )
Capt Alexander, Capt Radowicz )
(Name of the defendant or defendants) Et. )
Lt. Gename AL. )

MAGISTRATE JUDGE ASHMAN

CIVIL ACTION

N̶o̶. **01C 640 3**
(Case number will be supplied by the assignment clerk)

DOCKETED
AUG 2 1 2001

FILED-ED4
01 AUG 17 PM 3: 26
CLERK U.S. DISTRICT COURT

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Joan E Nebel _____ of
   the county of Cook _____ in the state of IL.

3. The defendant is The City of Burbank, The Burbank Police Dept, Major Klein; Chief Kwawa, Capt Alexander, Capt Radowicz, who Lt. Young, Lt. Klein, Lt. Ford, Lt Summers, Lt. Touhy, Sgt. Abbott.
   resides at (street address) 7730 S. Leclaire _____

   (city) Burbank (county) Cook (state) IL (ZIP) 60459

   (Defendant's telephone number) (708) - 499-0440 _____

   Lt. Gename
   Sgt. Graves, Sgt. Guerra, Ray Herbert, Hugh McCorkle, Brian Bender
   Gene McNulty, Mark Metelski, Chris Drikos, Bud Clancy
   Et al.

4) The plaintiff sought employment or was employed by the defendant at

(street address) 7730 S. LECLAIRE

(city) BURBANK (county) COOK (state) IL (ZIP code) 60459

5. The plaintiff [check one box]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) SEPT. , (day) , (year) 1989 . AND HAS HAD A CONTINUING COURSE OF HARASSMENT AND DISCRIMINATION SINCE.

7. (a) The plaintiff [check one box] ☐ *has not* filed a charge or charges against the defendant ☒ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission on or about

(month) JAN (day) 19 (year) 2000 .

(ii) ☒ the Illinois Department of Human Rights on or about

(month) July (day) 28 (year) 2000 .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ YES ☐ NO

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department
of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason
to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a

*Notice of Right to Sue.*

(b) ☒     the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) _MAY_ (day) _29_ (year) _2001_ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

    (a) ☐   Age (Age Discrimination Employment Act).

    (b) ☐   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (c) ☐   Disability (Americans with Disabilities Act)

    (d) ☐   National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐   Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐   Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☒   Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983). *FOR EQUAL PROTECTION VIOLATIONS OF FIRST AMENDMENT RIGHTS.*

    ☒ YES     ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐     failed to hire the plaintiff.

    (b) ☒     terminated the plaintiff's employment.

    (c) ☐     failed to promote the plaintiff.

    (d) ☐     failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ other (specify): *I WAS DISCRIMINATED AGAINST AND TREATED UNFAIRLY BECAUSE OF MY SEX (FEMALE) I WAS SUBJECTED TO DIFFERENT TERMS, RULES, AND CONDITIONS OF EMPLOYMENT THAN SIMILARLY SITUATED MALE OFFI. I WAS SEXUALLY HARASSED. I WAS RETALIATED AGAINST. AND THE RETALIATION CONTINUED AFTER COMPLAINING TO MY SUPERVISORS. I WAS SUBJECTE TO DEFENSIVE AND HUMILIATING LANGUAGE.*

13. The facts supporting the plaintiff's claim of discrimination are as follows:

*I WAS CONTINUALLY TREATED DIFFERENTLY THAN THE MALE OFFICERS AND AFTER I COMPLAINED TO THE CHIEF THE DISCRIMINATION, HARASSMENT, AND RETALIATION CONTINUED WITH A VENGENCE. I WAS CALLED A BITCH, CUNT, AND SUBJECTED TO DEFENSIVE LANGUAGE AND COMMENTS. (SEE ATTACHED)*

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's religion.

(e) ☐ Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ Direct the defendant to (specify): *RESTITUTION*

CONTINUE

# 13.) I WAS PROPOSITIONED CONTINUALLY HARASSED

I WAS ORDERED TO RIDE PARTERS WITH MY
FELLOW PATROL OFFICERS WHEN WE DON'T
HAVE 2-MAN UNITS. SOME OF THESE PAIRED
UNITS WERE WITH PROBATIONARY OFFICERS.
I WAS NOT ALLOWED TO DRIVE A SQUAD CAR.
I WAS PUT ON A CIVILIAN SCHEDULE, I WAS
KEPT INSIDE AND NOT RETURNED TO FULL
DUTY AFTER BEING RELEASED AFTER AN INJURY.
I WAS ORDERED TO COME INTO THE STATION
AND ONLY TAKE STATION ASSIGNMENTS AND KEPT
OFF THE STREET SO MY BEAT COULD NOT BE
SUFFICIENTLY PATROLLED. I WAS CONTINUALLY
DENIED TIME DUE AND VACATION TIME WHEN
MALE OFFICERS WERE APPROVED WITH THE SAME
MAN POWER. I WAS YELLED AT AND DISRESPECTED
ON THE RADIO BY SUPERVIORS. I WAS SWORN AT
AT YELLED AT IN FRONT OF ANOTHER DEPARTMENTS
OFFICER BY MY SUPERVISOR. I WAS CONTINUALLY FOLLOW
AND HARASSED. I WAS DENIED PERSONEL FEMALE TIME
WHEN NEEDED. I WAS ORDERED TO GO TO THE COMPANY
DOCTOR FOR A OJI RELEASE ON MY OWN TIME. I
HAD MY DAY OFF KEY CHANGED 4 TIMES IN ONE
YEAR WHEN MALE OFFICERS WITH LESS SENIORITY
HAD THEIRS CHANGED ONLY 2OR3 TIMES. I WAS
SUSPENDED FOR WRITING PARKING TICKETS. I WAS SUSPEN
FOR NOT RESPONDING TO A CALL WHICH I WAS NEVER
DISPATCHED TO. I WAS SUSPENDED FOR CALLING IN SICK
FOR COURT, I WAS SUSPENDED FOR NOT IMMEDIATELY
DROPPING OFF COURT FOLDERS. I WAS SUSPENDED FO
FILING A POLICE REPORT WITH INFORMATION GIVEN BY
THE COMPLAINANT. I WAS SUSPENDED FOR TELLING A
CO-WORKER THAT THE OTHER OFFICERS WANTED HIM

TO HELP WITH CALLS. I WAS DENIED TUITION REIMBURSEMENT WHEN REQUESTED. I WAS DENIED ANY ADVANCEMENT EACH TIME I REQUESTED. I WAS SUSPENDED FOR SEARCHING A FEMALE PRISONER, LAWFUL TICKETS THAT I WROTE CERTAIN INDIVIDUALS WERE NON-SUITED. I WAS CHARGED WITH NUMEROUS RULE AND GENERAL ORDER VIOLATIONS WHEN MALE OFFICERS WERE ALLOWED TO MAKE THE SAME VIOLATIONS THAT HAD ALWAYS BEEN COMMON PRACTICE AND EXCEPTABLE BEHAVIOR. I WAS CONTINUALLY GIVEN DYSFUNCTIONAL TIME AND REJECTED REPORTS FOR MINOR ERRORS OR MISPELLED WORDS WHEN OTHER MALE OFFICERS WEREN'T. I WAS GIVEN SUSPENSIONS, CONTINUALLY RETALIATED AGAINST, RECEIVED NUMEROUS WRITE UPS AND SUBJECTED TO UNFAIR TREATMENT WHICH RESULTED IN MY JOB TERMINATION. I WAS SUSPENDED FOR NOT LOGGING IN FOUND PROPERTY THAT WAS GARBAGE AND MALE OFFICERS DID NOT FOLLOW THE SAME PROCEDURE. I WAS TERMINATED BECAUSE MY SISTER DROPPED OFF A COURT FOLDER AT THE STATION WHEN MALE OFFICERS DON'T FOLLOW THE SAME PROCEDURE AND THEY AREN'T REPRIMANDED. I WAS CALLED INTO THE STATION AND TOLD JUST TO SIT THERE AND NOT ALLOWED TO RETURN TO STREET PATROL FOR FOUR DAYS BUT GIVEN NO REASON. I WAS SCHEDULED IN THE SAME BEAT FOR FOUR YEARS WHEN MALE OFFICERS WERE ROTATED. I WAS ORDERED TO STAY AFTER MY SCHEDULED SHIFT AND THEN DENIED OVERTIME PAY.

I WAS RETALIATED AGAINST FOR SPEAKING TO THE PRESS BY SERVING ME WITH MORE MINOR RULE VIOLATIONS IMMEDIATELY AFTER MY INTERVIEW.

_____
_____
_____
_____
_____
_____
_____

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)  *Joan E. Nebel*

(Plaintiff's name)  JOAN E. NEBEL

(Plaintiff's street address)  8017 S. NEWLAND

(City) BURBANK   (State) IL   (ZIP) 60459

(Plaintiff's telephone number) (708) – 599-9590

P. 01

JUL 28-00 08:04 PM

# CHARGE OF DISCRIMINATION

AGENCY
☐ FEPA
☒ EEOC

CHARGE NUMBER
2000CE3047
210A01375

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

__Illinois Dept. of Human Rights__ _____ and EEOC
_State or local Agency, if any_

NAME (Indicate Mr., Ms., Mrs.)
Ms. Joan E. Nebel

HOME TELEPHONE (Include Area Code)
(708) 599-9590

STREET ADDRESS          CITY, STATE AND ZIP CODE
8017 South Newland, Burbank, IL 60459

DATE OF BIRTH

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME
Burbank Police Department

NUMBER OF EMPLOYEES, MEMBERS
Cat A (15-100)

TELEPHONE (Include Area Code)
(708) 499-0440

STREET ADDRESS          CITY, STATE AND ZIP CODE
7730 South LeClaire, Burbank, IL 60459

COUNTY
031

TELEPHONE NUMBER (Include Area Code)

NAME

STREET ADDRESS          CITY, STATE AND ZIP CODE

COUNTY

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST                    LATEST
01/19/2000

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.   I was hired by the Respondent in September 1989.  I am employed as a Patrol Officer.  Since my date of hire, I have been subjected to different terms and conditions of employment because of my sex.  I repeatedly have been required to perform duties that male officers are not required to perform, such as answering telephones, performing station duty, and filling in for civilian positions.  Since 1996, a sergeant and a lieutenant continuously have rejected my reports.  Respondent has assigned to me dysfunctional time, most recently in January 2000.  In addition, the lieutenant repeatedly has denied my requests for time off.  In 1997, I complained of sex discrimination to the Chief of Police, however, no action was taken to prevent the discrimination from recurring.  Since 1998, I have been assigned to the same beat.  Since August 1999, I have not been allowed to drive a patrol car, therefore, I am not allowed to perform my duties as a patrol officer.  In August and September 1999 I was suspended for a total of five days.

RECEIVED
JAN 19 2000

II.   Respondent states that I was suspended for written reprimands that I had received during the previous six months. CHICAGO DISTRICT OFFICE

III.   I believe that I have been discriminated against on the basis of my sex, female, and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended, in that I have been subjected to

** Text is Continued on Attached Sheet(s) **

☐ I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY   (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
_Joan E. Nebel_

1/19/2000
Date

_Joan E. Nebel_
Charging Party (Signature)

DEPT OF HUMAN
INTAKE

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)
7/28/00

EEOC FORM 5 (Rev. 06/99)

FILE COPY

Jan 19 12:37 2000   CP Initials ___   Chg # 210A01375, Attachment Page 1

Jan. 19, 2000

--------------------------------------------------------------------------------
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
--------------------------------------------------------------------------------

different terms and conditions of employment than similarly-situated,
male Patrol Officers and I have been subjected to greater scrutiny and
discipline subsequent to complaining of discrimination.

RECEIVED EEOC

JAN 1 9 2000

CHICAGO DISTRICT OFFICE



ILLINOIS DEPARTMENT OF

# HUMAN RIGHTS

**George H. Ryan,** Governor
**Carlos J. Salazar,** Director

100 West Randolph Street
James R. Thompson Center, Suite 10-100
Chicago, Illinois 60601
312-814-6200
312-263-1579 (TDD)

July 21, 2000

Joan Nebel
8017 S. Newland
Burbank, IL 60459

Charge No:  2000CE3047
Respondent:  Burbank Police Department
Dear Complainant:

The charge you filed with the EEOC has been deferred to this Department for investigation pursuant to the worksharing agreement which currently exists between the two agencies.

The charge has been docketed as an unperfected charge and assigned the above number. A copy of your charge has been mailed to Respondent. You must take the following steps for the Department to investigate your situation:

1)  Sign the ORIGINAL CHARGE where indicated in front of a NOTARY PUBLIC. The charged cannot be processed unless the charge is <u>Signed and Notarized.</u>

2)  Return the SIGNED and NOTARIZED CHARGE to Intake Department by due date below:

<u>July 31, 2000.</u>
<u>RETURN WITHIN</u> 10 DAYS

If the signed and notarized charge <u>is not</u> returned by due date, I will assume that you do not wish to proceed with this matter and will recommended dismissal of your charge for your failure to proceed.

Sincerely,

Raquel Guerra
Intake Program Administrator
(312) 814-6216

IN-8/EEOC
kir



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
0922 1041

*Employment Litigation Section*
*P.O. Box 65968*
*Washington, DC 20035-5968*

May 23, 2001

Ms. Joan E. Nebel
c/o T. Lee Boyd, Jr., Esquire
The Boyd Law Firm
3 1st National Plaza
70 W. Madison, Suite 1400
Chicago, IL 60602

Re: EEOC Charge Against City of Burbank, Police Dept., et al.
    No. 210A01375

Dear Ms. Nebel:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

William R. Yeomans
Acting Assistant Attorney General
Civil Rights Division

by *Karen J. Ferguson*

Karen L. Ferguson
Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
    City of Burbank, Police Dept., et al.

JS 44 (Rev. 3/99) **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

JOAN E NEBEL JUDGE GOTTSCHALL

**DEFENDANTS**

THE CITY OF BURANK, POLICE DEPT. MAJOR KLEIN, CHIEF KUWAWA, CAPT. ALEXANDER, CAPT RADOWICZ, LT YOUNG, LT TOWN, LT. KLEIN, LT. SUMMERS, SGT. ABBOTT, SGT. GRAVES, SGT. GUR ET. AL

**(b)** County of Residence of First Listed ___COOK___
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed ___COOK___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

MAGISTRATE JUDGE **DOCKETED** N

AUG 2 1 2001

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

01C 6403

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Inj. | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

TITLE VII OF CIVIL RIGHTS ACT 1964. DISCRIMINATION BECAUSE OF MY SEX (FEMALE) VIOL 1ST AMENDMENTS RIGHTS. HARASSMENT AND RETALIATION
42 US 1983 SEC 1983

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. This case** ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case _____, previously dismissed by Judge _____

DATE August 17, 2001

SIGNATURE OF ATTORNEY OF RECORD *Joan E. Nebel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of

JOAN E NEBEL

vs.

CITY OF BURBANK, POLICE DEPT.
ET. AL.

JUDGE GOTTSCHALL

MAGISTRATE JUDGE ASHMAN

Case Number:

01C 640 3

DOCKETED

AUG 2 1 2001

## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

| (A) | (B) |
|---|---|
| SIGNATURE  *Joan E. Nebel* PRO-SE | SIGNATURE |
| NAME  JOAN E. NEBEL | NAME |
| FIRM | FIRM |
| STREET ADDRESS  8017 S. NEWLAND | STREET ADDRESS |
| CITY/STATE/ZIP  BURBANK, IL 60459 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  708-599-9590    FAX NUMBER | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?    YES ☐  NO ☐ | MEMBER OF TRIAL BAR?    YES ☐  NO ☐ |
| TRIAL ATTORNEY?    YES ☐  NO ☐ | TRIAL ATTORNEY?    YES ☐  NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL?    YES ☐  NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER    FAX NUMBER | TELEPHONE NUMBER    FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?    YES ☐  NO ☐ | MEMBER OF TRIAL BAR?    YES ☐  NO ☐ |
| TRIAL ATTORNEY?    YES ☐  NO ☐ | TRIAL ATTORNEY?    YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL?    YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL?    YES ☐  NO ☐ |